# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| PAUL CASAROTTO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>EXPLORATION DRILLING, INC.<br><br>                    Defendant. | CV 15-41-BLG-SPW-CSO<br><br>ORDER SETTING TELEPHONIC PRELIMINARY PRETRIAL CONFERENCE AND ASSOCIATED DEADLINES |

**IT IS ORDERED** that lead counsel must participate in a telephonic preliminary pretrial conference on **Wednesday, August 12, 2015, at 11:00 a.m.** The conference will be conducted in accordance with Fed. R. Civ. P. 16 and 26(f) and Local Rules 16.1, 16.2 and 26.1. To participate, Counsel must follow these steps:

1. Dial 1-877-848-7030
2. Enter access code 5492555 #
3. Press #
4. Speak your name at the tone.

Any party who wishes to appear in person for the conference rather than by telephone may do so. If any party intends to appear in

person, they must so state in the first paragraph of their preliminary pretrial statement.

By **July 29, 2015,** counsel must confer to consider matters listed in Fed. R. Civ. P. 26(f)(2).

By **August 5, 2015**, the parties must jointly file with the Court a discovery plan that complies fully with the requirements of Fed. R. Civ. P. 26(f)(3) and Local Rule 16.2(b)(2)(A). The discovery plan must address whether expert disclosures will be made simultaneously or sequentially.

By **August 5, 2015**, Plaintiffs must separately file a Statement of Stipulated Facts to which all parties agree. *See* **Local Rule 16.2(b)(3) (2014).**

By **August 5, 2015**, counsel for each party must file a preliminary pretrial statement that complies with each subpart of Local Rule 16.2(b)(1). If any party proposes stipulations of fact pursuant to Local Rule 16.2(b)(1)(G), the opposing party or parties must be prepared at the conference to respond substantively to each proposed stipulation.

DATED this 8th day of July, 2015.

/s/ *Carolyn S. Ostby*
United States Magistrate Judge