# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **PAUL CASAROTTO**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **EXPLORATION DRILLING, INC.,** <br><br> Defendant. | CV-15-41-BLG-SPW-CSO |

# **REMINDER – DEADLINE TO JOIN LAWSUIT IS (insert close of opt-in period date)**

     This letter is to remind you that the deadline to opt-in to the Wage and Hour lawsuit currently pending against Exploration Drilling, Inc., is (insert close of opt-in period date).  If you want to participate in the lawsuit, as detailed in the prior "Court-Authorized Notice" letter that was mailed to you on (insert date of mailing of notice), please complete the attached "Consent to Sue" form and return it to one of the following:

Philip McGrady
**MCGRADY LAW FIRM**
P.O. Box 40
Park City, Montana 59063
(406) 322-8647 (Telephone)
(406) 322-8649 (Fax)

Richard J. Burch
Texas Bar No. 24001807
S.D. Tex. No. 21615
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 (Telephone)
(800) 443-2441 (Toll-Free)
(713) 877-8065 (Fax)

Joseph A. Fitapelli
**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
(212) 300-0375 (Telephone)
(212) 481-1333 (Fax)

Further information about this Notice, the deadline for filing a Consent to Sue form, or answers to questions concerning this lawsuit may be obtained by contacting Plaintiff's counsel Fitapelli & Schaffer, LLP by: (a) telephone at (212) 300-0375; (b) e-mail at Info@fslawfirm.com; or (c) writing to Fitapelli & Schaffer, LLP, 475 Park Avenue South, 12th Floor, New York, New York 10016.

THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.  PLEASE DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.