| | | |
|---|---|---|
| Philip McGrady | Joseph A. Fitapelli | Richard J. Burch |
| MCGRADY LAW FIRM | FITAPELLI & SCHAFFER, LLP | BRUCKNER BURCH PLLC |
| P.O. Box 40 | 475 Park Avenue South, 12th Floor | 8 Greenway Plaza, Suite 1500 |
| Park City, Montana 59063 | New York, New York 10016 | Houston, Texas 77046 |
| 406-322-8647 (phone) | (212) 300-0375 (Telephone) | (713) 877-8788 (Telephone) |
| 406-322-8649 (fax) | (212) 481-1333 (Fax) | (713) 877-8065 (Fax) |

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

**PAUL CASAROTTO, on behalf of himself and all others similarly situated,**

    **v.**

**EXPLORATION DRILLING, INC.,**

CV-15-41-BLG-SPW-CSO

## JOINT NOTICE OF SETTLEMENT

    This case has settled.

Respectfully submitted,

**/s/ Rex Burch**
_____

**Richard J. (Rex) Burch**
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 (Telephone)
(713) 877-8065 (Fax)

**For Plaintiffs**

Respectfully submitted,

**/s/ C. Ed Harrell**
_____

**C. Ed Harrell**
**Hughes Watters Askanase, L.L.P.**
Total Plaza
1201 Louisiana, 28th Floor
Houston TX 77002
(713) 328-2803 (direct)
(713) 759-6834 (fax)

**For Defendant**

## CERTIFICATE OF SERVICE

I served this document via the Court's ECF system.

/s/ Rex Burch

_____

Richard J. (Rex) Burch