

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| PAUL CASAROTTO, on behalf of himself and all others similarly situated, | CV 15-41-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| EXPLORATION DRILLING, INC., | |
| Defendant. | |

Upon the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 72), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE.

DATED this 17th day of January, 2017.

Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE